WADSWORTH CRESSE, Jr., APPELLANT-RESPONDENT, CROSS-PETITIONER, v. NED J. PARSEKIAN, DIRECTOR, *ETC.*, RESPONDENT-PETITIONER, CROSS-RESPONDENT.

See same case below: 81 *N. J. Super.* 536.

*Mr. Arthur J. Sills* and *Mr. Morris Yamner* for the petitioner, cross-respondent.

*Messrs. Simon, Jaffe & Denstman* for the respondent, cross-petitioner.

February 24, 1964.   Granted.

BOARD OF TRUSTEES OF THE TEACHERS' PENSION AND ANNUITY FUND, APPELLANT-RESPONDENT, v. ALEX A. LA TRONICA, *ET AL.*, RESPONDENTS-PETITIONERS.

See same case below: 81 *N. J. Super.* 461.

*Mr. Cassel R. Ruhlman, Jr.,* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Thomas C. McGrath* for the respondent.

February 24, 1964.   Denied.